No. 640. JAMES C. DAVIS, AGENT, ETC. *v.* DEXTER & CARPENTER, INC. Error to the District Court of the United States for the District of Maryland. Motion to

dismiss or affirm submitted April 7, 1924. Decided April 14, 1924. *Per Curiam.* Transferred to the Circuit Court of Appeals for the Fourth Circuit upon the authority of (1) *Brown* v. *Alton Water Co.,* 222 U. S. 325; *Union Trust Co.* v. *Westhus,* 228 U. S. 519; (2) Act of September 14, 1922, c. 305, 42 Stat. 837. *Mr. Otto Schlobohm* and *Mr. William B. Symmes, Jr.,* for defendant in error, in support of the motion. *Mr. Duncan K. Brent,* for plaintiff in error, in opposition to the motion.